No. 88–998. CALDWELL *v.* UNITED STATES. C. A. 9th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.

No. 88–1008. ALMAN *v.* GEORGE MANUFACTURING CORP. ET AL. C. A. 1st Cir. Motion of National Coordinating Committee for Multiemployer Plans for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–1062. BEER WHOLESALERS, INC. *v.* MILLER BREWING CO. ET AL. Ct. App. Minn. Certiorari denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 88–1089. BENSON *v.* FAUL ET AL; IN RE BENSON; and BENSON *v.* ALLY ET AL. C. A. 5th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.